UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CONNIE STEELMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:12CV160 RWS |
| ) | |
| FIRST STATE INVESTORS 5000A, LLC, ) | |
| d/b/a BANK OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM**

This matter is before me on plaintiff's motion to withdraw. This case was filed at the end of January, and no return of service appears in the file. Plaintiff's attorney seeks to withdraw from this case because plaintiff has terminated the relationship. No new attorney has entered an appearance in this case, and plaintiff's counsel has failed to provide the Court with plaintiff's address of record for pro se representation. Plaintiff's counsel must supplement his motion with a signed statement from his client that she has read this Order, understands that she will be proceeding in this matter pro se unless she retains a new attorney to represent her before the motion is granted, and still requests the Court to grant the motion. The supplement shall include plaintiff's address of record. Upon receipt of the supplemental materials, the Court will grant the motion.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of April, 2012.