UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CONNIE STEELMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:12CV160 RWS |
| | ) |
| FIRST STATE INVESTORS 5000A, LLC, | ) |
| d/b/a BANK OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

### MEMORANDUM AND ORDER

This matter is before me on plaintiff's memorandum in support of counsel's motion to withdraw. Plaintiff's attorney seeks to withdraw from this case because plaintiff has terminated the relationship. Yesterday, I ordered plaintiff to supplement his motion with a signed statement from his client and plaintiff's address of record. I did not, contrary to counsel's assertion, deny his motion. In fact, I indicated that the motion would be granted upon receipt of the supplemental materials. Counsel has now provided the Court with plaintiff's addresses of record and proof of service upon plaintiff. Counsel indicates that he will not be able to provide a statement from his client because she is not returning his phone calls or correspondence. Under these circumstances, counsel has sufficiently supplemented his motion to withdraw, and the Court will grant his motion. Plaintiff will be deemed to be proceeding pro se and is responsible for obtaining service in a timely fashion and prosecuting this case.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to withdraw [#3] is granted, and plaintiff's motion for hearing [#6] is denied as moot.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add plaintiff to the docket sheet as a pro se plaintiff with the following addresses of record: 705 N. Young Street, P.O. Box 3109, Springfield, MO 65808; and P.O. Box 612, Jensen Beach, Florida 34958-0612, and shall serve a copy of this Memorandum and Order upon plaintiff at these addresses.

/s/ Rodney W. Sippel
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 4th day of April, 2012.