UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CONNIE STEELMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:12CV160 RWS |
| | ) |
| FIRST STATE INVESTORS 5000A, LLC, | ) |
| d/b/a BANK OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for reconsideration. On June 18, 2012, I dismissed plaintiff's complaint without prejudice as required by Rule 4(m) of the Federal Rules of Civil Procedure for failure to obtain timely service on defendant. Plaintiff's motion for reconsideration of this Order will be denied because plaintiff does not demonstrate that she has obtained, or is even attempting to obtain, service on defendant. Instead, plaintiff just argues that she believes her claims have merit. Whether or not that may be true, plaintiff is still required to obtain timely service against defendant before her lawsuit may proceed. She did not, so the complaint was properly dismissed without prejudice for failure to obtain timely service.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration [#16] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 18th day of July, 2012.